IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HCA FRANCHISE CORPORATION, a Nevada corporation                                                                PLAINTIFF

v.                     Case No. 6:16-cv-06126-SOH

SOUTHERN HOME CARE ASSISTANCE, INC., an Arkansas corporation, ZACHARY F. SMITH, an individual, LINDSEY R. SMITH, an individual, jointly and severely                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice. (ECF No. 12). Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Court will retain jurisdiction over this matter for the limited purpose of enforcing the permanent injunction stipulated to by the parties and entered by the Court. (ECF No. 11).

**IT IS SO ORDERED**, this 30th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge