IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| HCA FRANCHISE CORPORATION, a Nevada corporation | PLAINTIFF |
| v.  Case No. 6:16-cv-06126-SOH | |
| SOUTHERN HOME CARE ASSISTANCE, INC., an Arkansas corporation; ZACHARY F. SMITH, an individual; and LINDSEY R. SMITH, an individual, jointly and severely | DEFENDANTS |

## ORDER

Before the Court is Plaintiff's Motion to Reopen Case. (ECF No. 18). Defendants have not responded. On December 21, 2016, the Court entered a Stipulated Order for Permanent Injunction. (ECF No. 11). On December 21, 2016, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 12). Plaintiff's notice requested that the Court retain limited jurisdiction over the matter for the purpose of enforcing the injunction stipulated to by the parties and entered by the Court. An order granting Plaintiff's motion for voluntary dismissal was entered by the Court on December 30, 2016. (ECF No. 16).

Plaintiff has asked the Court to reopen this action due to Defendants' violation of the Stipulated Order for Permanent Injunction. Upon consideration, Plaintiff's Motion to Reopen Case (ECF No. 18) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 13th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge